UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SAMUEL B. FORD, | ) | |
| Petitioner, | ) | Civil Action No. 7: 21-02-WOB |
| v. | ) | |
| CHRIS RIVERS, Warden, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Samuel Ford's petition for a writ of habeas corpus [R. 1, 7] is **DISMISSED** for lack of jurisdiction.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 3rd day of March, 2022.



Signed By:
William O. Bertelsman
United States District Judge